# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>       Plaintiff,<br><br>  v.<br><br>DAS PROPERTIES, INC., et al.,<br><br>       Defendants. | Case No. 1:22-cv-01276-JLT-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 8) |

Plaintiff initiated this action on October 6, 2022.  (ECF No. 1.)  The initial scheduling conference is currently set in this matter for January 5, 2023.  (ECF No. 3.)  On December 7, 2022, the parties filed a stipulation to extend the time for Defendant Das Properties, Inc., to respond to the complaint until January 9, 2023.  (ECF No. 8.)  The parties proffer that the extension "does not alter the date of any event or deadline already fixed by Court order."  (ECF No. 8 at 2.)  However, the Court finds it prudent to continue the scheduling conference that is indeed set before the proposed deadline.  The Court finds good cause for the extension based on the possibility of settlement between the parties.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

    1.     Defendant Das Properties, Inc., shall file a pleading responsive to the complaint

on or before **January 9, 2023**;

2.    The scheduling conference set for January 5, 2023, is CONTINUED to **February 23, 2023, at 3:00 p.m.** in Courtroom 9; and

3.    The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:    **December 7, 2022**

UNITED STATES MAGISTRATE JUDGE