# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>     v.<br><br>DAS PROPERTIES, INC., et al.,<br><br>            Defendants. | Case No. 1:22-cv-01276-JLT-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 10) |

On December 20, 2022, the parties filed a stipulation agreeing to a second extension of time for Defendant Karamjit Singh Grewal to file a responsive pleading, thus extending the current deadline of December 29, 2022, until January 26, 2023.  (ECF No. 10.)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendant Karamjit Singh Grewal's deadline to file a pleading responsive to the complaint is extended to **January 26, 2023**.

IT IS SO ORDERED.

Dated:     **December 20, 2022**

UNITED STATES MAGISTRATE JUDGE

1