# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAS PROPERTIES, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-01276-JLT-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 12) |

On December 30, 2022, the parties filed a stipulated request to extend the deadline for Defendant Das Properties, Inc. to respond to the complaint, up to and including January 26, 2023. (ECF No. 12.)  The parties seek the extension in order to further investigate the case and continue to actively pursue a settlement that will include all parties to this action.  The Court finds good cause exists to grant the extension.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant Das Properties, Inc. to file a response to the complaint is extended to **January 26, 2023**.

IT IS SO ORDERED.

Dated:  **December 30, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE