# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>DAS PROPERTIES, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-01276-JLT-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 9, 12) |

Plaintiff initiated this action on October 6, 2022. (ECF No. 1.) An initial scheduling conference is currently set for February 23, 2023. (ECF No. 9.)

On December 30, 2022, the parties filed a stipulated request to extend the deadline for Defendant Das Properties, Inc. to respond to the complaint, up to and including January 26, 2023. (ECF No. 12.) The parties seek the extension in order to further investigate the case and continue to actively pursue a settlement that will include all parties to this action. The Court finds good cause exists to grant the extension. The Court shall also continue the scheduling conference set for February 23, 2023, to March 21, 2023.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendant Das Properties, Inc. to file a response to the complaint is extended to **January 26, 2023;**

2. The scheduling conference set for February 23, 2023, is CONTINUED to **March 21, 2023, at 10:30 a.m.** in Courtroom 9; and

///

///

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **December 30, 2022**

UNITED STATES MAGISTRATE JUDGE

2