1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7              UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9

10  DARREN GILBERT,                    )  Case No. 1:22-cv-01276-SAB
                                       )
11              Plaintiff,             )  **NOTICE OF VOLUNTARY DISMISSAL**
                                       )  **OF ENTIRE ACTION**
12       vs.                           )
                                       )
13  DAS PROPERTIES, INC. dba D'S       )
    LIQUORS; KARAMJIT SINGH GREWAL;    )
14                                     )
                                       )
15              Defendants.            )
                                       )
16                                     )
                                       )
17  _____)

18       WHEREAS, Defendants have not filed an answer or motion for summary judgment;

19       WHEREAS, Plaintiff and Defendants have settled the matter;

20       WHEREAS, no counterclaim has been filed;

21       Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal

22  Rule of Civil Procedure 41(a)(1)(A)(i).

23

24  Date: January 25, 2023              MOORE LAW FIRM, P.C.

25

26                                      _/s/ Tanya E. Moore_____
                                        Tanya E. Moore
27                                      Attorney for Plaintiff,
                                        Darren Gilbert

28